UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Margaret Petersen, | Civil No.: 12-CV-3134 (DWF/SER) |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Apelles L.L.C., | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and among Plaintiff Margaret Petersen and Defendant Apelles L.L.C., by and through their undersigned attorneys, that all claims by Plaintiff against Defendants shall be dismissed with prejudice, on the merits and in their entirety and without an award of costs, disbursements and attorneys' fees to any party.

DATE: February 26, 2013         **MARSO AND MICHELSON, P.A.**

By: s/Patrick L. Hayes
Patrick L. Hayes (0389869)
3101 Irving Ave S
Minneapolis, MN 55408
Telephone:   612-821-4817
bmichelson@marsomichelson.com
phayes@marsomichelson.com
**ATTORNEYS FOR PLAINTIFF**

Dated: March 8, 2013.                HINSHAW & CULBERTSON LLP

By: s/ Mark T. Berhow
    Mark T. Berhow      Reg No. 031450X
    Accenture Tower
    333 South Seventh Street
    Suite 2000
    Minneapolis, MN 55402
    Telephone: 612-333-3434
    Fax: 612-334-8888
    mberhow@hinshawlaw.com

Attorneys for Defendant Apelles