UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Margaret Petersen, f/k/a Margaret Mitch, | Civil No. 12-3134 (DWF/SER) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Apelles L.L.C., | |
| Defendant. | |

Based on the parties' Stipulation of Dismissal With Prejudice filed on March 8, 2013, (Doc. No. [7]),

**IT IS HEREBY ORDERED** that all claims by Plaintiff against Defendants are **DISMISSED WITH PREJUDICE**, on the merits and in their entirety and without an award of costs, disbursements and attorney fees to any party.

Dated: March 11, 2013      s/Donovan W. Frank
                           DONOVAN W. FRANK
                           United States District Judge